IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RODNEY JAMES MARINA | ) |
| | ) |
| v. | ) CV NO. 2:10-cv-3055-RBP-PWG |
| | ) |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on November 17, 2010, recommending that the "Petition for Writ of Error in the Form of Habeas Corpus Pleading" be denied. On December 3, 2010, Mr. Marina filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the Marina, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Marina has not received permission of the Court of Appeals to challenge his conviction or sentence. Accordingly, the objections filed by Marina are OVERRULED, the pleading is construed as a motion filed pursuant to 28 U.S.C. § 2255 and is DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 13th day of December, 2010.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**